IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | CRIMINAL NO. 25- |
| v. | : | DATE FILED: April 9, 2025 |
| EDIN JOEL SOSA SALGUERO<br>a/k/a "Tranka"<br>LUIS ALEMAN MARTINEZ | :<br><br>:<br>:<br>: | VIOLATIONS:<br>18 U.S.C. § 922(a)(1)(A) (dealing firearms without a license – 1 count)<br>21 U.S.C. § 841(a)(1), (b)(1)(B) (distribution of fentanyl – 1 count)<br>18 U.S.C. § 2 (aiding and abetting)<br>Notice of Forfeiture |

## INDICTMENT

### COUNT ONE

THE GRAND JURY CHARGES THAT:

From on or about March 6, 2025 to on or about March 13, 2025, in Philadelphia, in the Eastern District of Pennsylvania, defendant

**EDIN JOEL SOSA SALGUERO,**
a/k/a "Tranka,"

willfully engaged in the business of dealing in firearms without being licensed to do so under the provisions of Chapter 44, Title 18, United States Code.

In violation of Title 18, United States Code, Sections 922(a)(1)(A) and 924(a)(1)(D).

## COUNT TWO

**THE GRAND JURY FURTHER CHARGES THAT:**

On or about March 6, 2025, in Philadelphia, in the Eastern District of Pennsylvania, defendants

**EDIN JOEL SOSA SALGUERO,**
a/k/a "Tranka,"
and
**LUIS ALEMAN MARTINEZ**

knowingly and intentionally distributed, and aided and abetted the distribution of, 40 grams or more, that is, approximately 99.8 grams, of a mixture and substance containing a detectable amount of N-phenyl-N-[ 1-( 2-phenylethyl )-4-piperidinyl ] propenamide ("fentanyl"), a Schedule II controlled substance.

In violation of Title 21, United States Code, Section 841(a)(1), (b)(1)(B), and Title 18, United States Code, Section 2.

## NOTICE OF FORFEITURE

THE GRAND JURY FURTHER CHARGES THAT:

As a result of the violation of Title 18, United States Code, Section 922(a)(1)(A), set forth in this indictment, defendant

**EDIN JOEL SOSA SALGUERO,**
a/k/a "Tranka,"

shall forfeit to the United States of America the firearms and ammunition involved in the commission of these offenses, including, but not limited to:

(1) a privately manufactured, P80, Model PT940V2, tan and black 9mm semiautomatic pistol without a serial number;

(2) a Jimenez Arms, Inc., model J.A. Nine, 9mm semiautomatic pistol bearing serial number 271852;

(3) a Kel-Tec CNC Industries, Inc., model P11, 9mm semiautomatic pistol bearing serial number AAB524;

(4) a Davis Industries, model P-32, .32 caliber semiautomatic pistol bearing serial number P058958;

(5) a Cobra Enterprises, Inc., model FS380, .380 caliber semiautomatic pistol bearing serial number FS002348;

(6) a Springfield Armory, model Hellcat, 9mm semiautomatic pistol bearing an obliterated serial number;

(7) a Taurus, model PT111 G2, 9mm semiautomatic pistol bearing serial number TKN11243;

(8) an SCCY, model CPX-2, 9mm semiautomatic pistol bearing serial number 373575;

(9) a Ruger, model EC9S, 9mm semiautomatic pistol bearing serial number 454-00189;

(10) a Rossi, Unknown Model, .38 Special caliber revolver bearing serial number 91773;

(11) a privately manufactured, P80, Model PF940C, black semiautomatic pistol without a serial number;

(12) a Radical Firearms, LLC., model RF-15, multi- caliber semiautomatic pistol bearing serial number 2-063354 with extended magazine;

(13) a Winchester, model 120, 12GA pump-action shotgun bearing serial number L1923515;

(14) an Anderson Manufacturing, model AM-15, multi-caliber semiautomatic rifle bearing serial number 49412F13 with 24 live rounds in an extended magazine; and

(15) six additional magazines.

All pursuant to Title 28, United States Code, Section 2461(c), and Title 18, United States Code, Section 924(d).

**A TRUE BILL:**

_____

**DAVID METCALF**
**United States Attorney**

No. _ _ _ _ _ _ _ _

# UNITED STATES DISTRICT COURT

Eastern District of Pennsylvania

<u>Criminal Division</u>

THE UNITED STATES OF AMERICA

vs.

EDIN JOEL SOSA SALGUERO a/k/a "Tranka"
and LUIS ALEMAN MARTINEZ

## INDICTMENT

Counts

18 U.S.C. § 922(a)(1)(A) (dealing firearms without a license – 1 count)
21 U.S.C. § 841(a)(1), (b)(1)(B) (distribution of fentanyl – 1 count)
18 U.S.C. § 2 (aiding and abetting)
Notice of Forfeiture

